IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No.  3:24-MJ-45-BW |
| MARCUS BRANTLEY (01) | |

## ORDER

Before the Court is the Government's Unopposed Motion to Seal and Substitute a Redacted Complaint in the above-captioned criminal case.  The Court **GRANTS** the motion.

IT IS THEREFORE ORDERED that the complaint be **sealed**.

IT IS FURTHER ORDERED that the Clerk of Court is to file the redacted complaint that redacts the victim's name as the unsealed version of the complaint so that the redacted complaint can be available for the public.

IT IS FURTHER ORDERED that the motion be **SEALED**.

SO **ORDERED** on this ___13th___ day of February 2025.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE